274

 

18884. COMMUNITY OIL CO. *v.* MILLER.

BROYLES, C. J. Under all the particular facts of the case, the judge of the superior court did not err, for any reason assigned, in overruling the certiorari and rendering the judgment excepted to.

> *Judgment affirmed. Luke and Bloodworth, JJ., concur.* ·

DECIDED JUNE 13, 1928. REHEARING DENIED JULY 10, 1928.

*Neufville & Neufville,* for plaintiff in error.
*Hewlett & Dennis,* contra.